John M. Porter, State Bar No. 62427
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138
E-mail: **PORTER@LBBSLAW.COM**

Christopher D. Lockwood, State Bar No. 110853
**ARIAS & LOCKWOOD**
225 W. Hospitality Lane, Suite 314
San Bernardino, California 92408
Telephone: (909) 890-0125
Facsimile: (909) 890-1085
E-mail: **CHRISTOPHER.LOCKWOOD@ARIASLOCKWOOD.COM**

Attorneys for Defendant, County of Riverside

FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M. by and through his Guardian ad Litem Roberto R. Ozuna,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | CASE NO. CV09-09239 CBM (OPx)<br><br>related case: CV 01-01706 CBM (OPx) Fisher, etc. et al., v. Riverside County<br><br>[~~proposed~~] **PROTECTIVE ORDER REGARDING DISCLOSURE OF TRAINING RECORDS FROM LAW ENFORCEMENT PERSONNEL RECORDS** |

Based on the stipulation by the parties, IT IS ORDERED that:

**Protective Order:**

1. Counsel for defendant, County of Riverside, shall disclose to counsel for plaintiffs the training records for Deputy Matthew Cramer.

2. Counsel for the plaintiffs shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with the plaintiffs, or investigators, consultants and experts retained on behalf

of the plaintiffs in this matter.

3. Prior to the dissemination of any such information pursuant to this order, counsel for the plaintiffs shall inform such person of the terms and conditions of this order and secure such person's agreement to be bound by it.

4. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and experts, are expressly prohibited from utilizing the disclosed information for any purpose other than the prosecution of DM / GARCIA / FISHER v. COUNTY OF RIVERSIDE, United States District Court Case Nos. CV 09-09239 CBM (OPx) CV 10-01706 CBM (OPx) and the information disclosed shall not be utilized in any other proceeding or litigation, or for any other purpose.

5. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and experts are expressly prohibited from disclosing orally or otherwise the information subject to this Protective Order to any person other than those who are reasonably necessary for the prosecution of DM / GARCIA / FISHER v. COUNTY OF RIVERSIDE, United States District Court Case Nos. CV 09-09239 CBM (OPx) CV 10-01706 CBM (OPx).

6. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and experts, are expressly prohibited from duplicating, copying or otherwise distributing or disseminating any of the disclosed information to any person or entity.

7. Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information.

8. In the event anyone shall violate or threaten to violate any terms of this **Protective Order**, the aggrieved party may immediately apply to obtain injunctive relief and monetary sanctions to this court against any such person violating or threatening to violate any of the terms of this order. This court shall retain jurisdiction over the parties and any other persons subject to the terms of this order for the purpose of enforcing this order. The court shall have the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4810-6469-6585.1                                -2-
PROTECTIVE ORDER REGARDING DISCLOSURE OF TRAINING RECORDS FROM LAW ENFORCEMENT PERSONNEL RECORDS

1 | power to impose whatever penalties it deems appropriate for the violation of
2 | said order, including, but not limited to, monetary and judicial sanctions and
3 | contempt.
4 | 9. This order shall survive the final termination of this action, to the extent that the
5 | information disclosed remains confidential and does not become known to the
6 | public, and the court shall retain jurisdiction to resolve any dispute concerning
7 | the use of the information disclosed herein.

DATED: 5/13/11

_____
Hon. Consuelo B. Marshall
United States District Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4810-6469-6585.1 -3-
PROTECTIVE ORDER REGARDING DISCLOSURE OF TRAINING RECORDS FROM LAW ENFORCEMENT PERSONNEL RECORDS